■ GUERINO CAVALIERE et al., Appellants, v EPISCOPAL HEALTH SERVICES, INC., et al., Respondents. [698 NYS2d 513] —Appeal by the plaintiffs from an order of the Supreme Court, Queens County (Berke, J.), dated April 20, 1998.

Ordered that the appeal is dismissed as withdrawn, without costs or disbursements. Ritter, J. P., Santucci, Thompson and Goldstein, JJ., concur.